# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| ELLSWORTH S. ROACH | CIVIL ACTION NO. 07-364-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CADDO PARISH SHERIFF'S DEPARTMENT, ET AL. | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 28th day of January, 2010.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE